# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 29, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

141915 & (19)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

MARK SHAWN MORGAN,
     Defendant-Appellant.

SC: 141915
COA: 299213
Eaton CC: 2010-020062-FC

_____/

     On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the October 11, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 29, 2010                _____
                                         Clerk

1026